UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:12-CR-116 JD |
| ) | |
| LEON THOMAS ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on December 10, 2012 [DE 21]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Leon Thomas' plea of guilty, ACCEPTS the plea agreement, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 18 U.S.C. § 1028A(a)(1).

SO ORDERED.

ENTERED: January 2, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court